2:25-cr-00166-LEW

## SYNOPSIS – INDICTMENT

| | | |
|---|---|---|
| **Name:** | Olivia Wilkins | |
| **Address:** (City & State Only) | Thomaston, Maine | |
| **Year of Birth and Age:** | 2001 (24 years old) | |
| **Violations:** | Count 1: | Assault 18 U.S.C. § 111(a)(1) and (b). |
| **Penalties:** | Count 1: | Class C Felony. Not more than 20 years imprisonment and/or not more than a $250,000 fine. 18 U.S.C. § 111(b) |
| **Supervised Release:** | Count 1: | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 2 years. 18 U.S.C. §3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Not more than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be appointed | |
| **Primary Investigative Agency and Case Agent Name:** | FBI Special Agent Bryanna Allaire | |
| **Detention Status:** | ~~To be arrested~~ SUMMONS REQUESTED | |
| **Foreign National:** | No | |
| **Foreign Consular Notification Provided:** | N/A | |
| **County:** | Knox | |
| **AUSA:** | Peter I. Brostowin | |
| **Guidelines apply? Y/N** | Yes | |
| **Victim Case:** | Yes | |

| Corporate Victims Owed Restitution: | N/A |
|---|---|
| Assessments: | $100 per count. |

Case 2:25-cr-00166-LEW    Document 2    Filed 10/22/25    Page 2 of 2    PageID #: 4