# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:25-cr-166-LEW |
| | ) | |
| OLIVIA WILKINS | ) | |
| | ) | |

## AMENDED SPEEDY TRIAL ORDER

This matter comes before the court upon the Defendant's Unopposed Motion to Extend Motions Deadline and Continue Trial. (ECF No. 19). Specifically, the defendant requested that the Court extend the deadline for filing pretrial motions for 60 days and continue this case to the March 2026 trial list.

Defense counsel indicates the following: 1) the Procedural Order set the following deadlines and trial date:

> Pretrial Motions filed by December 1, 2025
> Expert disclosures due 20 days before trial
> Jury Selection on January 5, 2026

2) discovery production is ongoing; 3) a 60-day extension of the deadlines and a continuance of trial to the March 2026 list is necessary so that the defendant has sufficient time to review discovery, and confer with defense counsel about pretrial motions and trial issues; 4) the defendant's Motion seeks to extend the deadline for filing pretrial motions to January 30, 2026, and to continue this case to the March 2026 trial list; 5) the ends of justice served by the requested extensions and continuance outweigh the interests of the public and the defendant in a speedy trial

1

pursuant to 18 U.S.C. § 3161 because the defendant requires sufficient time to confer with counsel about discovery, pretrial motions, and trial.

The defendant waived any speedy trial rights associated with the motion; and the United States offered no objection.

After full consideration of the representations of counsel, and of the record to date, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by the requested extensions and continuance outweigh the best interests of the public and of the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby GRANTED.
2. The deadline for filing pretrial motions is extended to January 30, 2026.
3. This case shall be placed on the March 2026 trial list.
4. The time periods from and including December 1, 2025 through January 30, 2026 for pretrial motions, and from January 5, 2026 through March 2, 2026 for trial, are hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

SO ORDERED.

Dated: November 24, 2025         /s/ Lance E. Walker
                                 Chief U.S. District Judge