# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **2:25-cr-166-LEW** |
| | ) | |
| **OLIVIA WILKINS** | ) | |
| | ) | |

## MOTION TO CONTINUE SENTENCING

NOW COMES Olivia Wilkins, Defendant in the above-captioned matter, through their counsel, Heather Gonzales, Esq., and MOVES to continue Sentencing currently scheduled on July 13, 2026. As grounds for their Motion, Defendant Wilkins states:

The Defendant is presently experiencing a significant flare-up of a serious medical condition that has substantially impaired their ability to prepare for sentencing with counsel. Among other symptoms, they are experiencing significant pain, cognitive impairment, and difficulty reading documents and viewing computer screens for extended periods. As a result, counsel has been unable to complete the preparation necessary to ensure that the Defendant can meaningfully participate in the sentencing process.

The Defendant respectfully requests a brief continuance to allow their condition to improve so that they may adequately consult with counsel and prepare for sentencing.

Counsel for the Government was unavailable, and therefore the Government's position regarding this Motion is unknown.

**1**

WHEREFORE, the Defendant respectfully requests that the Court continue Sentencing.

Dated:  July 11, 2026                              Respectfully submitted,

                                                   /s/Heather Gonzales, Esq.
                                                   Attorney for Defendant
                                                   Senior Litigator, Federal Defender's Office
                                                   P.O. Box 595
                                                   Portland, Me 04112-0595
                                                   207-553-7070
                                                   FAX: 553-7017
                                                   Heather_gonzales@fd.org

## CERTIFICATE OF SERVICE

I, Heather Gonzales, hereby certify that I have this date caused the within Motion to Continue to be served upon all parties of record via the Court's ECF System.

Dated: July 11, 2026                   /s/ Heather Gonzales
                                       Attorney for Defendant

2