**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLIVIA WILKINS | No. 2:25-cr-00166-LEW-1 |

# SATISFACTION OF JUDGMENT

The monetary Penalty(s) imposed in the above-captioned action on August 10, 2026, has/have been satisfied and paid in full.

Dated: August 20, 2026

Respectfully Submitted,

ANDREW B. BENSON
United States Attorney

*/s/ Joel B. Casey*
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Joel.Casey@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

ANDREW B. BENSON
United States Attorney

By: *<u>/s/ Maria C. Bida</u>*
Paralegal Specialist on behalf of
Joel B. Casey
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Joel.Casey@usdoj.gov